# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>Plaintiff,<br><br>v.<br><br>FRN OF SAN DIEGO, LLC, a Delaware Limited Liability Company; and DOES 1-10,<br><br>Defendants. | Case No.: 14cv2628 JM(RBB)<br><br>**ORDER OF DISMISSAL** |

Having considered the parties' Joint Motion for Dismissal Pursuant to F.R.Civ.P.41(a)(1), the court **GRANTS** the joint motion. (Doc. No. 79.) Accordingly, this court **DISMISSES WITH PREJUDICE** all claims in this action. Each party to bear its own fees and costs. The Clerk of Court shall terminate the case.

IT IS SO ORDERED.

Dated: September 6, 2019

Hon. Jeffrey T. Miller
United States District Judge